IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GREGORY LOUIS THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 124-198 |
| | ) |
| PRACTITIONER CROSBY; DOCTOR HOLLAND; NURSE CLARK; NURSE MALONE; NURSE STONE; NURSE PURDIE; and CHARLES B. WEBSTER DETENTION CENTER, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendant Charles B. Webster Detention Center, as well as Plaintiff's official capacity claims for monetary damages against all Defendants, for failure to state a claim upon which relief may be granted. The case shall proceed against Defendants as described in the Magistrate Judge's February 5, 2025 Order. (Doc. no. 11.)

SO ORDERED this ___6th___ day of March, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA