IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| GREGORY LOUIS THORNTON, | \* |
| Plaintiff, | \* |
| v. | \*   CV 124-198 |
| PRACTITIONER CROSBY, DOCTOR HOLLAND, NURSE CLARK, NURSE MALONE, NURSE STONE, and NURSE PURDIE, | \* |
| Defendants. | \* |

O R D E R

Before the Court is the Plaintiff's motion to dismiss without prejudice. (Doc. 40.) Defendants did not object or respond to Plaintiff's dismissal; thus, the Court finds dismissal appropriate under Federal Rule of Civil Procedure 41(a)(2).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of February, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA